FILED ___ ENTERED
LODGED ___ RECEIVED

SEP - 6 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN,

        Plaintiff,

v.

WESTIN HOTEL,

        Defendant.

Case No. C06-467P

ORDER OF DISMISSAL

    Counsel having notified the court of the settlement of this case, and it appearing that no issue remains for the court's determination,

    IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

    In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

    IT IS SO ORDERED this ___6___ day of September, 2006.

                              Marsha J. Pechman
                              United States District Judge

ORDER OF DISMISSAL



06-CV-00467-ORD